STARK et al. v. SIMS et al.*

(Circuit Court of Appeals, Fifth Circuit. November 20, 1916.)

No. 2770.

In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge.

On rehearing. Reversed.

For former opinion, see 230 Fed. 115, 144 C. C. A. 413.

George E. Holland, of Orange, Tex., for plaintiffs in error.

G. P. Dougherty, of Houston, Tex., and T. L. Foster, of Beaumont, Tex., for defendants in error.

Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. On this hearing a majority of the judges, for the reasons given on former hearing (see Stark v. Sims, 230 Fed. 115, 144 C. C. A. 413), being of opinion that there was error in directing a verdict for the plaintiffs in the court below, the case is reversed and remanded, with instructions to award a new trial.